

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00295-CR

Guadalupe Alvarez **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7982
Honorable Angus McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, Appellant's motion for extension of time to file a *pro se* brief is DENIED, and this appeal is DISMISSED.

SIGNED July 17, 2013.

_____
Patricia O. Alvarez, Justice